[No. 43251-0-II. Division Two. June 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY W. GEORGE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01737-4, Chris Wickham, J., entered March 29, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 43437-7-II. Division Two. June 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON ALLEN PRATHER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-01007-3, Marilyn K. Nitteberg-Haan, J., entered May 9, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 43777-5-II. Division Two. June 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN R. PACKARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 11-1-00157-0, Michael J. Sullivan, J., entered July 6, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43797-0-II. Division Two. June 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. BLANKENCHIP, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00167-0, Gordon Godfrey, J., entered August 6, 2012. *Reversed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.